UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MQVP, INC., ) | |
| ) | Case No. 08CV3561 |
| Plaintiff, ) | Judge Darrah |
| ) | Magistrate Judge Denlow |
| ) | |
| ) | *Pending in* U.S. Bankruptcy Court |
| ) | E. D. of Michigan |
| ) | Southern Division |
| v. ) | |
| ) | Case No. 06-51141-MBM |
| ) | Chapter 11 |
| ) | |
| KEYSTONE AUTOMOTIVE ., ) | Adversarial Proceeding No. 07 cv 10248 |
| INDUSTRIES, INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF MOTION

TO:    SEE ATTACHED SERVICE LIST

**PLEASE TAKE NOTICE** that on July 2, 2008, at 9:00 am, or as soon thereafter as counsel may be heard, before the **Honorable Judge John W. Darrah** or any Judge that may be sitting in his place and stead, in Room 1203 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, 60604, we will then and there present the attached **MOTION TO QUASH OR MODIFY MQVP Inc.'s SUBPOENA.**

Date:  June 24, 2008                           Respectfully submitted,

                                               **AUDATEX, a Solera Company**

                                               By:  /s/ Paul T. Fox
                                                    One of its Attorneys

Paul T. Fox (A.R.D.C. No. 3121741)
Tanisha R. Jones (A.R.D.C. No. 6283173)
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 2500
Chicago, Illinois 60601
Tel. (312) 456-8400
Fax (312) 456-8435

CHI 57292630v1

## CERTIFICATE OF SERVICE

I, Paul T. Fox, an attorney, hereby certify that I caused a true and correct copy of the **MOTION TO QUASH OR MODIFY MQVP Inc.'s SUBPOENA, MEMORANDUM IN SUPPORT OF MOTION TO QUASH OR MODIFY MQVP Inc.'s SUBPOENA, and NOTICE OF MOTION** to be served on the parties on the attached service list, via U.S. Mail, postage pre-paid, on this 24th day of June, 2008.

TO:   SEE ATTACHED SERVICE LIST

                                                    /s/ Paul T. Fox

## SERVICE LIST

*[via regular mail]*

Erik A. Lindquist
Ronald E. McNulty
Manufacturer's Qualification and
Validation Program
2669 Bond Street
Rochester Hills, MI 48309
Telephone: 248-853-3080
Telephone: 248-853-2801

*[via regular mail]*

Brian D. Wassom
Andrew J. Lievense
Honigman Miller Schwartz and Cohn LLP
660 Woodward Avenue, Suite 2290
Detroit, MI 48226-3506
Telephone: 313-465-7000

*[via regular mail]*

Homayune A. Ghaussi
Michael G. Brady
Michael A. Lisi
Micahel G. Cruse
Warner Norcross & Judd LLP
2000 Town Center, Suite 2700
Southfield, MI 48075-1318
Telephone: 248-784-5000

*[via regular mail]*

Hugh A. Woodrow
Kitch, Drutchas, Wagner, Valitutti &
Sherbrook
One Woodward Avenue, Suite 2400
Detroit, MI 48226-5485
Telephone: 313-965-7900
Fax: 313-965-7403

*[via regular mail]*

Jordan M. Sickman
Steinberg Shapiro & Clark
24901 Northwestern Highway, Suite 611
Southfield, MI 48075
Telephone: 248-352-4700
Fax: 248-352-4488